### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 11

**MICHAEL R. SMITH, DEBTOR**                 **CASE NO.:  08-10080-DWH**

_____

**CONSERVATORSHIP OF MAGGIE MAE SMITH**                 **PLAINTIFF**

**v.**                                      **ADV. PROCEEDING NO. 08-01181-DWH**

**MICHAEL R. SMITH, SR.**                                **DEFENDANT**

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Laura Henderson-Courtney (hereinafter "Movant"), and files this Motion to Withdraw and Substitute Counsel, and in support thereof would show the following:

1.   Movant is no longer employed with the Ringer & Lingold law firm, and as a result, she is no longer involved in the representation of the Conservatorship of Maggie Mae Smith.

2.   David Ringer, and the law firm of Ringer & Lingold continue to represent the interests of the Conservatorship of Maggie Mae Smith, and said attorneys should be substituted as attorneys of record in this case.

3.   All future notices in this case should be sent to David Ringer, Ringer & Lingold, P.O. Box 737, Florence, MS  39073.

WHEREFORE, PREMISES CONSIDERED, Laura Henderson-Courtney prays that she be allowed to withdraw as counsel for the Plaintiff, and that David Ringer, and the Ringer & Lingold law firm be substituted as counsel for the Conservatorship of Maggie Mae Smith.

Respectfully submitted this the 8th day of February, 2012.

/s/ Laura Henderson-Courtney
Laura Henderson-Courtney, MSB #2266

Laura Henderson-Courtney, MSB #2266
Underwood Law Firm
340 Edgewood Terrace Drive
Jackson, MS  39206
Telephone:  (601) 981-7773, ext. 225
Facsimile:  (601) 362-5673
lhc@underwoodlawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice list as of the date hereof, including the following:

Office of the US Trustee
USTPRegion05.AB.ECF@usdoj.gov

Craig M. Geno, Esq.
cmgeno@harrisgeno.com

Sammye Tharp, Esq.
sammye.s.tharp@usdoj.gov

In addition, a copy of the Motion to Withdraw was sent via fist class mail postage prepad to David Ringer at the Ringer & Lingold law firm, at his address of P.O. Box 737, Flroence, MS 39073, and also sent to the following email address:

ann@ringerlawfirm.com

Respectfully submitted this the 8th day of February, 2012.

/s/ Laura Henderson-Courtney